In the Matter of the Application of BERTHA PALMER, Respondent, against FRED LEDER, an Attorney, Appellant, for an Order Directing Him to Turn over the Sum of $300.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

In the Matter of DOMINICK SALADINO, Appellant, against WILLIAM E. WALSH and Others, Constituting the Board of Standards and Appeals, Respondents.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

In the Matter of the Application of DAISY D. McLAUGHLIN and of WILBERT C. SMEIGH, as Guardian of the Person and Property of MINNIE SMITH, an Incompetent, for Payment of an Award for Damage Parcel No. 15 on the Damage Map under the Decree of the Court in the Proceeding to Acquire Title by The City of New York to Certain Lands and Premises Consisting of Two Blocks, Bounded by Tilden Avenue, etc., in the Borough of Brooklyn, City of New York, Duly Selected as a Site for School Purposes According to Law.— Matter referred to an official referee to hear and to report. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

In the Matter of the Petition of MARY A. STARRS and GEORGE T. STARRS to Prove the Last Will and Testament of CHARLES M. STARRS, Late of the County of Kings, Deceased.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that within five days from service of a copy of the order herein appellants pay respondent twenty dollars costs; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

GUNNAR JOHNSON, as Administrator, etc., of BENJAMIN JOHNSON, Respondent, v. HARRY LEIMAN, Appellant.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

KNICKERBOCKER OIL CORPORATION, Respondent, v. RICHFIELD OIL CORPORATION OF NEW YORK, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the December term (for which term a preference is granted) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.